**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/08

## LAW OFFICES OF JOAN XIE, P.C.

305 Broadway, Suite 1101, New York, NY 10007
Tel: (212)227-1018   Fax: (212)227-0452
E-mail: joanxie@aol.com
www.myimmigrationcase.com



Joan Xie
Xin Miao
Neil Bernstein, *of counsel*

*Licensed in
New York, New Jersey

April 14, 2008

Hon. Judge William Pauley III
500 Pearl Street
New York, NY 10007

    **Re: <u>Su Wei Yang v. USDHS, Docket No. 08 Civ 2395</u>**

Dear Hon. Judge Pauley III:

<u>I write to request an adjournment of pretrial conference on April 25, 2008 at 11:30 am to May 9, 2008 at 11:30 am.</u>

    Since I received order for initial pretrial conference, I have tried to contact with US attorney in the Office of Immigration Litigation several times. However, they haven't assigned any specific attorney to the above-referred case yet. I discussed with Mr. Lyle in the Office of Immigration Litigation yesterday. He agreed to take a look at this matter, although he is not the one assigned to this case. Both of us believed it was reasonable to request an adjournment in order for government attorney to have a chance to prepare for this case and discuss with me about discovery plan and potential settlement before trial.

    Thank you very much for your courtesy!

*Application granted.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
4/22/08

Very truly yours,

Joan Xie

Cc: Mr. Jentzer Lyle, Esq.
US Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044