USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

May 1, 2008

**MEMO ENDORSED**



BY REGULAR MAIL
Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

Re:    Yang v. U.S. Dep't of Homeland Sec., et al.,
       08 Civ. 2395 (WHP)

Dear Judge Pauley:

This Office represents the defendants in the above-referenced matter, in which plaintiff Se Wei Yang alleges that the defendants have unreasonably delayed the adjudication of her application for naturalization as a United States citizen. A pretrial conference has been scheduled for Friday, May 9, 2008, at 11:30.

This Office has been informed by United States Citizenship and Immigration Services that plaintiff's naturalization has now been approved, and plaintiff has been scheduled to appear for a naturalization oath ceremony on May 9, 2008, at 8 a.m. Once plaintiff has been naturalized, this case will be moot.

Accordingly, I respectfully request that the Court adjourn the May 9 conference to a date that is convenient for the Court. Assuming plaintiff is naturalized on May 9, a brief adjournment will give the parties time to stipulate to dismiss this case as moot.

*Application granted.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
5/2/08

*The conference is adjourned to June 13, 2008 at 10:00 a.m.*

I thank for the Court for its attention to this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____

DAVID BOBER
Assistant United States Attorney
(212) 637-2718

cc:    Joan Xie, Esq.

-2-