MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel: (212) 637-2718
Fax: (212) 637-2786
david.bober@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SU WEI YANG,

              Plaintiff,

    - v. -

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,

              Defendants.
-------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

08 Civ. 2395 (WHP)

      IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
       May 16, 2008

By: _____
JOAN XIE, ESQ.
305 Broadway, Suite 1101
New York, NY 10007
Tel. No.: (212) 227-1018

Dated: New York, New York
      May 16, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel: (212) 637-2718

SO ORDERED:

_____
HON. WILLIAM H. PAULEY
United States District Judge
5/19/08